**Appeal Dismissed and Memorandum Opinion filed July 7, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00284-CV

**ALONZO MEJORADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1 and Probate Court
Brazoria County, Texas
Trial Court Cause No. CI63118**

## MEMORANDUM OPINION

This is an appeal from an order signed March 30, 2022. The notice of appeal was filed April 14, 2022.

Appellant has not paid the filing fee of $205.00, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. On May 24, 2022, the court ordered appellant to pay the filing fee on or before June 14, 2022, and further warned appellant that if

he did not do so, the appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 5. As of the date of this opinion, appellant has not paid the filing fee. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with court order or notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.